UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| JAMES MOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-CV-182 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
FOR ENTRY OF JUDGMENT**

Michael J. Astrue, Commissioner of Social Security Administration, hereby responds to Plaintiff's Motion for Entry of Judgment following completion of administrative proceedings on a Sentence 6 remand. The Commissioner had moved for remand under Sentence 6 because of an inaudible recording of the hearing. Upon remand, the agency conducted a de novo hearing on the original application. In the meantime, the plaintiff had filed a second application for benefits with the agency and the remanded matter was consolidated with the second application. In addition, on remand, a considerable amount of new medical evidence, including new medical sources, was presented. After consideration of all of the evidence and both applications, the plaintiff received a fully favorable decision. Therefore, the Commissioner requests entry of a judgment affirming the final decision of the Commissioner finding Plaintiff was disabled as of February 28, 2005.

Dated at Burlington, in the District of Vermont, this 14th day of October, 2010.

        Respectfully submitted,

        UNITED STATES OF AMERICA

        TRISTRAM J. COFFIN
        United States Attorney

By: /s/ *Carol L. Shea*

        Carol L. Shea
        Chief, Civil Division
        Assistant U.S. Attorney
        P.O. Box 570
        Burlington VT 05402
        (802) 951-6725